UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SHAIBI,<br><br>        Plaintiff,<br><br>  v.<br><br>NEIL MCDOWELL, et al.,<br><br>        Defendants. | Case No. CV 18-09286 JVS (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, Dkt. No. 1; the Report and Recommendation of the United States Magistrate Judge ("Report"), Dkt. No. 95; Plaintiff's Objections, Dkt. Nos. 98, 100; Defendant Allen's Reply to Objections, Dkt. No. 102; the Response to Objections of the other named Defendants, Dkt. No. 101; and all other records and files herein. Further, the Court has made a *de novo* determination of those portions of the Report to which objections have been made. Although the Court is not persuaded by the Objections, the Court briefly addresses several points.

      First, Plaintiff seeks to introduce additional facts and arguments in his Objections. This he may not do. *See, e.g.*, *Chacon v. Casas*, 2019 WL 1082351, at

*1 n.2 (C.D. Cal. Mar. 6, 2019) (citing *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000)).

Second, Plaintiff's request to reopen discovery is DENIED. Plaintiff has failed to show good cause for any further continuance or explain why he was unable to obtain necessary discovery within the extended period of 19 months that was afforded to both parties.

Third, together with his Objections, Plaintiff has submitted a Motion to Alter Judgment pursuant to Federal Rule of Civil Procedure 59(e). Dkt. No. 98 at 6-16. Because final judgment has not yet been entered in this case, the motion is denied without prejudice as premature. *See* Fed. R. Civ. Pro. 59(e) ("A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment.").

The Court hereby accepts and adopts the Magistrate Judge's findings, conclusions, and recommendations. IT IS ORDERED that this action is dismissed with prejudice and without leave to amend.

DATED: September 16, 2021

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE