UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SHAIBI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEIL MCDOWELL, et al.,<br><br>　　　　　Defendants. | Case No. CV 18-09286 JVS (RAO)<br><br>JUDGMENT |

　　In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

　　IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATE: September 16, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE